UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL LISTRO,

    Plaintiff,

                                    CASE NO.:  8:18-CV-01418-MSS-JSS

-vs-

SEVENTH AVENUE, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

       Plaintiff, Michael Listro, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 12th day of July, 2018 to: Zachary S. Foster, Esquire, 101 E. Kennedy Blvd., Suite 3400, Tampa, Florida 33602-5195 (Zachary.Foster@quarles.com).

                                */s/Frank H. Kerney, III, Esquire*_____
                                  Frank H. Kerney, III, Esquire
                                  Florida Bar #: 88672
                                  Morgan & Morgan, Tampa, P.A.
                                  One Tampa City Center
                                  201 North Franklin Street, 7th Floor
                                  Tampa, FL 33602
                                  Telephone: (813) 223-5505
                                  Facsimile:  (813) 223-5402
                                  fkerney@forthepeople.com
                                  snazario@forthepeople.com
                                  lrobbins@forthepeople.com
                                  *Counsel for Plaintiff*