UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL LISTRO,

   Plaintiff,                                       CASE NO.: 8:18-CV-01418-MSS-JSS

-vs-

SEVENTH AVENUE, INC.,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Michael Listro, and the Defendant, Seventh Avenue, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 31st day of July, 2018.

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
fkerney@forthepeople.com
snazario@forthepeople.com
lrobbins@forthepeople.com
*Counsel for Plaintiff*

*/s/Zachary S. Foster, Esquire*
Zachary S. Foster, Esquire
Florida Bar #: 111980
Quarles & Brady, LLP
101 E. Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195
Telephone: (813) 387-0300
Facsimile: (813) 387-1800
zachary.foster@quarles.com
donna.santoro@quarles.com
*Counsel for Defendant*